IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| AGFA CORPORATION, formerly d/b/a AGFA FINANCE GROUP,<br><br>    Plaintiff<br><br>    v.<br><br>DIAGNOSTIC IMAGING CENTER PBL PSC a/k/a RAD ONE, PSC, et al.,<br><br>    Defendants | CIVIL NO.  09-1666 (JP) |

**FINAL JUDGMENT**

    For the reasons stated in its Opinion and Order entered this same date, the Court hereby **ENTERS JUDGMENT FOR PLAINTIFF** AGFA Corporation to have and recover from Defendants Diagnostic Imaging Center PBL P.S.C. a/k/a Rad One, P.S.C., Diagnostic Imaging Center Bayamón, and Francisco Gómez-Goytía, the amount of **ONE MILLION ONE HUNDRED SIXTY SIX THOUSAND ONE HUNDRED FIFTY SIX DOLLARS AND TWENTY CENTS ($1,166,156.20)** plus taxes, late charges, and interest.

    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 16th day of February, 2010.

                                                s/Jaime Pieras, Jr.
                                                  JAIME PIERAS, JR.
                                      U.S. SENIOR DISTRICT JUDGE